Steven J. German - State Bar No. 014789
Scott B. Seymann – State Bar No. 027215
**ADELMAN GERMAN, P.LC.**
8245 North 85th Way
Scottsdale, Arizona 85258
Telephone (480) 607-9166
Facsimile (480) 607-9031
steve@adelmangerman.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RICHARD WILBER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PRECISION OPINION, INC., a Nevada corporation,<br><br>*Defendant.* | Case No. 2:16-cv-03195-JWS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Richard Wilber ("Plaintiff" or Wilber") and Defendants Precision Opinion, Inc. ("Defendant" or "Precision"), through their counsel, stipulate as follows:

1. Plaintiff filed this putative class action against Defendant.

2. Plaintiff has agreed to dismiss without prejudice his claims against Defendant.

3. The dismissal of this case is also without prejudice as to all putative, unidentified class members, if any.

4. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has

1

been certified in this matter. No notice is required to putative class members under Rule 23(e) since the settlement and dismissal of Plaintiff's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and without prejudice with respect to the claims alleged by Plaintiff individually against Defendant, and without prejudice as to any claims alleged by the putative, uncertified class against Defendant.

Plaintiff and Defendant further agree that each party shall bear his or its own costs and attorney fees.

IT IS SO STIPULATED.

December 19, 2016                    Respectfully Submitted,

| s/ Steven J. German | s/ Todd S. Kartchner |
|---|---|
| Attorneys for Plaintiff<br>**ADELMAN GERMAN, P.L.C.**<br>Steven J. German – 014789<br>Scott B. Seymann – 027215<br>8245 North 85th Way<br>Scottsdale, Arizona 85258 | Courtney R. Beller<br>cbeller@fclaw.com<br>Todd S. Kartchner<br>tkartchn@fclaw.com<br>Fennemore Craig PC<br>2394 E Camelback Road, Suite 600<br>Phoenix, Arizona 85016<br>Tel: 602-916-5000<br><br>Attorneys for Defendant |